# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 280 WAL 2016

     Respondent    :

              : Petition for Allowance of Appeal from

              : the Order of the Superior Court

     v.        :

RONALD CHARLES BACHNER,  :

     Petitioner    :

## ORDER

**PER CURIAM**

  **AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.

  Justice Mundy did not participate in the consideration or decision of this matter.